omitted to do when the case was first before us—note that it is offensive and scandalous, and require that it be taken from the files of the court. Motion denied, with $10 costs.

TABACHNICK, Appellant, v. BRAND, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by William Tabachnick against Leopold Brand. No opinion. Motion denied, without costs.

TAMS v. SCHIRMER et al. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Arthur W. Tams against G. Schirmer and others. No opinion. Motion denied on terms stated in order. Order filed.

TEALE, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charles E. Teale, public administrator, etc., as administrator of John H. Grady, deceased, against the Prudential Insurance Company of America. No opinion. Judgment of the Municipal Court affirmed, with costs.

TELLER, Appellant, v. CURTISS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by George R. Teller against Harlow C. Curtiss. No opinion. Order affirmed, with $10 costs and disbursements.

THOMAS, Appellant, v. NOONAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 11, 1909.) Action by Ernest K. Thomas against John M. Noonan and others. No opinion. Motion granted.

THOMPSON v. FLEISCHMANN REALTY CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Albert Thompson against the Fleischmann Realty Company. No opinion. Motion granted, with $10 costs. Order filed.

THORPE, Respondent, v. GEORGE A. FULLER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Adelaide J. Thorpe against George A. Fuller Company. J. M. Stearns, for appellant. G. D. Lamb, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
INGRAHAM, J., dissents, on the ground that the contract under which the plaintiff sues was never completed, the building having been erected by a new corporation, composed to some extent of different members, and not for the persons who had originally contemplated building the same. Order filed.

TITLE GUARANTEE & TRUST CO., Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Title Guarantee & Trust Company against Max Brown. No opinion. Order of the Municipal Court reversed, with costs, and judgment reinstated, on the ground that the evidence shows conclusively that the contract was that of the defendant personally.

TITLE GUARANTEE & TRUST CO., Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by the Title Guarantee & Trust Company against John F. Carroll. No opinion. Judgment of the Municipal Court affirmed, with costs.

TOLSON, Respondent, v. NATIONAL PROVIDENT UNION, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by John F. Tolson against the National Provident Union. No opinion. Judgment and order affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. 60 Misc. Rep. 460, 113 N. Y. Supp. 534.

In re TOWNSEND. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of Howard Townsend. No opinion. Order affirmed, with $50 costs and disbursements. Order filed.

UNGRICH v. UNGRICH. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Martin L. Ungrich against Henry Ungrich. No opinion. Motion denied, with $10 costs. Order filed.

UNITED STATES EXCH. BANK, Respondent, v. JULIUS JONSON'S SONS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by the United States Exchange Bank against Julius Jonson's Sons and another. H. S. Dottenheim, for appellants. L. W. Thompson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VALENTINE v. RABINOWITZ. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Moses Valentine against Jacob Rabinowitz. No opinion. Motion granted, with $10 costs. Settle order on notice.

VAN LOAN, Respondent, v. TUCKER, SPEYERS & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Albert Van Loan against Tucker, Speyers & Co. A. G. Fox, for appellants. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAUGHN, Respondent, v. GLENS FALLS PORTLAND CEMENT CO., Appellant. (Su-